IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLUEBECK HOLDINGS, LTD., | § § | |
| VS | § § | CIVIL ACTION NO. H-24-4037 |
| SWN PRODUCTION COMPANY LLC, *et al* | § § | |

**NOTICE OF TELEPHONE HEARING**

    The parties in this matter are hereby notified that a telephone hearing has been set on the discovery disputes of the parties. The hearing is scheduled for Friday, October 10, 2025 at 10:00 AM. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 571-353-2301 |
| Guest ID: | 879507616# |
| Passcode: | 741963# |

**NOTE:**     ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.

_____

Date:  October 8, 2025                  Nathan Ochsner, Clerk of Court

                                                          By: R. Hawkins, Case Manager